| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | VINCENZA RABENN<br>MICHAEL G. TIERNEY |
| 3 | Assistant United States Attorneys<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, CA 93721<br>Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00190-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| DAMION MIDDLETON | |
| Defendant. | |

**BACKGROUND**

This matter is currently scheduled for sentencing on **July 15, 2019**. Within the past two weeks, the parties have begun discussions on events that may affect the calculation of the Sentencing Guidelines or the government's sentencing posture. The parties will need additional time to continue their discussions and prepare for sentencing. They therefore request that the sentencing be continued until **August 19, 2019** to allow them the opportunity to prepare for sentencing. The parties further request the Court exclude under the Speedy Trial Act the period from July 15, 2019 to August 19, 2019, for defense preparation.

A proposed order appears below.

//

//

//

1

| | |
|---|---|
| 1 | **STIPULATION AND [PROPOSED] ORDER** |
| 2 | |
| 3 | **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that sentencing currently scheduled for **July 15, 2019** be continued to **August 17, 2019**. Time from **July 15, 2019** through **August 17, 2019** shall be excluded under the Speedy Trial Act, 18 United States Code Section 3161 to allow the parties to sufficiently prepare for the . The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial. |

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: July 8, 2019    By:    /s/ Michael G. Tierney
Michael G. Tierney
Assistant United States Attorney


DATED: July 8, 2019    By:    /s/ James R. Homola
James R. Homola
Attorney for Damion Middleton

**O R D E R**

The sentencing hearing currently scheduled for July 15, 2019 is continued to August 19, 2019 at 10:00 am.

IT IS SO ORDERED.

Dated:  **July 9, 2019**        *Dale A. Drozd*
UNITED STATES DISTRICT JUDGE